**RECEIVED**
IN ALEXANDRIA, LA.

JUL 0 8 2009

TONY R. MOORE, CLERK
BY_____
　　　　DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BYRON K. RED KETTLE | CIVIL ACTION NO. 08-2029 |
| FED. REG. #12497-047 | |
| VS. | SECTION P |
| | JUDGE DRELL |
| HARLEY G. LAPPIN | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner did not exhaust available administrative remedies prior to filing suit;

**IT IS FURTHER ORDERED THAT** petitioner's Motion for Protective Order and Injunctive Relief [rec. doc. 6]be **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this _____ day of _____, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE